NUMBER 13-03-373-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG


____________________________________________________________________


FOR THE BEST INTEREST AND PROTECTION OF V.H., AS A
MENTALLY ILL PERSON

____________________________________________________________________


On appeal from the County Court at Law No. 2 


of Victoria County, Texas.


____________________________________________________________________


MEMORANDUM OPINION


 

Before Justices Hinojosa, Yañez, and Garza


Opinion Per Curiam


 Appellant, V.H., perfected an appeal from a judgment entered by the County
Court at Law No. 2 of Victoria County, Texas, in cause number 2-1434. After the
record was filed, appellee, The State of Texas, filed a motion to dismiss the appeal. 
In the motion, appellee states that appellant was released by San Antonio State
Hospital and discharged pursuant to Section 574.086 of the Texas Health & Safety
Code on June 26, 2003. The State requests that the appeal be dismissed as moot.

 The Court, having considered the documents on file and appellee's motion to
dismiss the appeal, is of the opinion that the motion should be granted. Appellee's
motion to dismiss is granted, and the appeal is hereby DISMISSED.

 PER CURIAM


Opinion delivered and filed this

the 21st day of August, 2003.